UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 1:23-cv-24819

ELI M. BLATT,

      Plaintiff,

vs.

MARC J. GOLDNER, RACHEL KORSEN,
SIMON DIVILOV, and THE DHARMA
INITIATIVE, LLC, a Delaware limited liability
company,
      Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Aaron Resnick of THE LAW OFFICES OF AARON RESNICK, P.A. ("LOAR"), pursuant to Rule 4-1.16(b) of the Florida Rules of Professional Conduct and Southern District of Florida Local Rules 7.1(a)(1)(f) and 11.1(d)(3)(a), hereby moves to withdraw Jillian C. Postal as counsel for Plaintiff, ELI BLATT ("Plaintiff"), and, in support thereof states as follows:

1. As of May 1, 2024, Jillian Postal, Esq. is no longer employed and/or associated with LOAR, which renders her unable to continue to represent Plaintiff.

2. LOAR has advised Plaintiff of Jillian Postal's departure from LOAR.

3. This Motion is not filed for the purposes of delay or any improper purpose.

4. The withdrawal of Jillian Postal will not prejudice the parties nor this Court as LOAR will still remain as Plaintiff's counsel of record.

WHEREFORE, Aaron Resnick of The Law Offices of Aaron Resnick, P.A. respectfully requests that this Court enter an Order granting this Motion to Withdraw Jillian C. Postal as Eli Blatt's counsel and granting any other relief that this Court deems just and proper.

## **CERTIFICATE OF CONFERRAL**

On June 4, 2024, the undersigned counsel and Jillian C. Postal conferred with Defendants' counsel regarding this Motion and he did not object to the requested relief.

By:   */s/Aaron Resnick*
     **AARON R. RESNICK, ESQ.**
     **Florida Bar No. 141097**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June 2024 I caused a true and correct copy of the foregoing to be served via CM/ECF on all counsel of record listed below:

| | |
|---|---|
| **Garry W. O'Donnell, Esq.** | **Stanley Q. Casey, Esq.** |
| Florida Bar No. 0478148 | Florida Bar No.: 1031011 |
| E-mail: garry.odonnell@gmlaw.com | 501 NE 31st Street #1704 |
| GREENSPOON MARDER LLP | Miami, Florida 33137 |
| 2255 Glades Road, Suite 400-E | Tel: (305) 946-1510 |
| Boca Raton, Florida 33431 | Fax: (305) 203-4349 |
| Telephone: (561) 994-2212 | scasey@sqcaseylaw.com |
| Facsimile: (561) 807-7527 | *Attorney for Defendants* |
| *Co-Counsel for Defendants,* | |
| *Marc Goldner and Rachel Korsen* | |

By:   */s/Aaron Resnick*
     **AARON R. RESNICK, ESQ.**
     **Florida Bar No. 141097**
     **THE LAW OFFICES OF AARON RESNICK, P.A.**
     100 Biscayne Boulevard, Suite 1607
     Miami, Fl 33132
     Tel:  305-672-7495
     Fax:  305-672-7496
     Email: aresnick@thefirmmiami.com
     Secondary Email:  efile@thefirmmiami.com